STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
BRIAN C. FRONTINO (State Bar No. 222032)
LEAH R. MOSNER (State Bar No. 266645)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@Stroock.com

Attorneys for Defendant
   BANK OF THE WEST

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORETTA A. BILLEN, on behalf of herself and of all other others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>BANK OF THE WEST,<br><br>Defendant. | Case No. 3:10-cv-3956-BZ<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING DECISION ON TRANSFER TO MDL 2036 OR, IN THE ALTERNATIVE, TO EXTEND THE TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO THE COMPLAINT |

[PROPOSED] ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING DECISION ON TRANSFER TO MDL 2036 OR, IN THE ALTERNATIVE, TO EXTEND THE TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO THE COMPLAINT
Case No. 3:10-cv-3956-BZ

LA 51312317

Having considered the parties' Stipulation to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation on Transfer of the instant action to MDL 2036 for coordinated pre-trial proceedings, the Court hereby orders that the instant action is stayed. Counsel are directed to file a report as to the issue of transfer within five (5) days of receiving notice of a decision.

Alternatively:

Having considered the parties' Stipulation to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation on Transfer of the instant action to MDL 2036 for coordinated pre-trial proceedings, the Court denies the parties request for a stay, but grants the parties request to extend the deadline for defendant Bank of the West to respond to plaintiff's complaint to November 1, 2010.

**IT IS SO ORDERED.**

Dated: 28 Sept 2010

The Honorable Bernard Zimmerman
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING DECISION ON TRANSFER TO MDL 2036 OR, IN THE ALTERNATIVE, TO EXTEND THE TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO THE COMPLAINT
Case No. 3:10-cv-3956-BZ

LA 51312317

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086